State v. Cunningham

STATE OF NORTH CAROLINA v. OGER CUNNINGHAM

No. 281A84

(Filed 6 November 1984)

APPEAL by defendant pursuant to N.C. Gen. Stat. § 7A-30(2) (1983), from a decision of the Court of Appeals (*Judges Hedrick* and *Arnold* concurring, *Judge Becton* dissenting) reported at 68 N.C. App. 117, 314 S.E. 2d 556 (1984) which affirmed the judgment entered by *Sitton, Judge*, on 10 September 1982 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 10 October 1984.

*Rufus L. Edmisten, Attorney General, by David E. Broome, Jr., and Richard L. Kucharski, Assistant Attorneys General, for the State.*

*Nora Henry Hargrove, for the defendant.*

PER CURIAM.

Affirmed.